# UNITED STATES DISTRICT COURT
## District of Minnesota

Yobany Chacon Fuentes,

Petitioner,

v.

Pamela Jo Bondi, Kristi Nom, Todd Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1881 SRB/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Yobany C.F.'s Petition for Writ of Habeas Corpus (Doc. #1) is **GRANTED**.

2. The Government is **ORDERED** immediately to release Yobany C.F. from custody but no later than 48 hours from the date of this Order;

3. Prior to Petitioner's release, Respondents must first notify Petitioner's legal counsel within two hours of his impending release and include the location of his release and approximate release time;

4. When Petitioner is released, Respondents must return to him any property, personal effects, and documents that they have taken from him, including identity documents, foreign issued identity documents, and immigration documents;

5. Respondents may not administratively recharacterize the release granted by this Order as grounds to impose conditions or re-impose existing conditions in conjunction with release;

6. The Court **ORDERS** Respondents to notify the Court within 24 hours of Petitioner's release, confirming that the release has occurred. If Petitioner has not been released as ordered, Respondents should immediately notify the Court of when he will be released.

7. Finally, any questions about release logistics, detainee property, or conditions of release shall be sent to StPaul.Outreach@ice.dhs.gov in the first instance.

Date: 3/23/2026

KATE M. FOGARTY, CLERK